UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re | Case No. 17-40776-nhl |
|---|---|
| Jenny Naranjo | CHAPTER 13 |
| Debtor | JUDGE LORD |
| | OBJECTION TO ENTRY OF DISMISSAL ORDER |

David J. Doyaga, Sr., of Doyaga & Schaefer, an attorney duly admitted to practice law in the State of New York does hereby affirm under penalty of perjury as follows:

1. That I am the attorney for Jenny Naranjo (the "Debtor") and am fully familiar with all the facts and circumstances herein.

2. This affirmation is submitted as an objection to entry of a Dismissal Order on this Case.

3. The Debtor filed a voluntary Petition for relief pursuant to Chapter 13 of the Code under Case number 17-40776-nhl on February 22, 2017.

4. The adjourned date of the Motion to Dismiss was set for June 14, 2017 at 9:30 AM. The Debtor had a family emergency and had to go to Ecuador and was not able to tender her payments to the Marianne DeRosa, the Chapter Trustee or attend the Motion to Dismiss.

5. I appeared at the hearing on June 14, 2017 on behalf of the Debtor.

6. The Debtor has brought to my office a money order in the amount of $6,000 with Debtor's counsel for the Trustee to bring herself current to June, 2017.

**WHEREFORE**, it is respectfully requested that the Dismissal Order not be entered and a hearing

scheduled on the Motion to Dismiss and Hearing on Confirmation.

Dated:    Brooklyn, New York
         June 28, 2017

                                                          S/David J. Doyaga, Sr..
                                                    David J. Doyaga, Sr.
                                                    Doyaga & Schaefer
                                                    26 Court Street, Suite 1002
                                                    Brooklyn, New York 11242
                                                    (718) 488-7500